UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>WILLIAM EVERETT-JAMAR MOORE, )<br>  )<br>Defendant. )<br>_____ ) | Case No. 1:06-cr-00029<br><br>Honorable Robert Holmes Bell |

**REPORT AND RECOMMENDATION**

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on May 5, 2006, after receiving the written consent of defendant and all counsel. At the hearing, defendant William Everett-Jamar Moore entered a plea of guilty to Counts One and Six of the Indictment in exchange for the undertakings made by the government in the written plea agreement. Count One charges the defendant with conspiring to commit criminal copyright infringement in violation of 17 U.S.C. § 506(a)(1)(B) and 18 U.S.C. §§ 471 and 2319(a). Count Six provides for the forfeiture of personal property used to facilitate federal offenses, pursuant to 17 U.S.C. § 506(b) and 18 U.S.C. § 981. On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; that the

defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

I therefore recommend that defendant's plea of guilty to Counts One and Six of the Indictment be accepted, that the court adjudicate defendant guilty, and that the written plea agreement be considered for acceptance at the time of sentencing.  Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, and imposition of sentence are specifically reserved for the district judge.  The clerk is directed to procure a transcript of the plea hearing for review by the District Judge.

Date:  May 9, 2006             /s/ Ellen S. Carmody
                                         ELLEN S. CARMODY
                                         United States Magistrate Judge

**NOTICE TO PARTIES**

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than ten days after the plea hearing. *See* W.D. MICH. L.CR.R. 11.1(d).